## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Teri Stuckey, | : |
| | : |
| Plaintiff, | : Case No. 2:06 CV 00827 |
| | : |
| v. | : Judge Smith |
| | : |
| Mitchell International, Inc., *et al.*, | : Magistrate Judge King |
| | : |
| Defendants. | : |

### ENTRY OF DEFAULT

This mater comes before this Court, pursuant to Plaintiff, Teri Stuckey's, Motion for Default Judgment against Defendant, Focus Write, L.L.C., a limited liability company organized under the laws of the State of Delaware. This Court being fully advised of the premise herein finds damages in favor of Plaintiff, Teri Stuckey and against, Defendant, Focus Write, L.L.C., a limited liability company organized under the laws of the State of Delaware, in the amount of One Hundred Thousand Six Hundred One Dollars and Fifty Cents ($100,601.50) on the following causes of action, violation of federal wage laws, pursuant to 29 U.S.C. § 201, *et. seq*, violation of Ohio wages laws, pursuant to R.C. § 4111, *et. seq.*, violation of Ohio wage laws, pursuant to R.C. § 4113.15(B), breach of contract, unjust enrichment, fraud, willful, wanton and/or in bad faith. conversion, lis pendis, and alter ego causes of action. Further, this Courts grants Plaintiff, Teri Stuckey. an additional amount of Nine Thousand Thirty-Five Dollars and Twenty-Five Cents ($9,035.25) in this matter for attorney fees plus court costs herein, to date.

An itemization of Plaintiff's damages is as follows: unpaid wages, pursuant to 29 U.S.C. § 201, et. seq. and R.C. §4111, in the amount of Thirty Thousand Three Hundred Six Dollars and Twenty-Five Cents ($30,306.25); liquidated damages, pursuant to 29 U.S.C. 216(b), in the amount of Thirty Thousand Three Hundred Six Dollars and Twenty-Five Cents ($30,306.25); statutory damages, pursuant to §4113.15(B), in the amount of Five Thousand Eight Hundred Dollars and No Cents ($5,800.00); breach of contract damages in amount of Twenty-Four Thousand Six Hundred Eighty-Seven Dollars and Thirty-Six Cents ($24,687.36); and loss of healthcare expenses in the amount of Nine Thousand Five Hundred One Dollar and Sixty-Four Cents ($9,501.64). The preceding itemization of damages is supported by an Affidavit from Plaintiff, Teri Stuckey, Exhibit A; a spreadsheet of damages, Exhibit A-1 and an Affidavit from Plaintiff's counsel, Heidi A. Smith, Esq., as to attorney fees incurred to date, Exhibit B. Additional documentation is available for this Court's review, in camera.

It is further the Order of this Court that Plaintiff is entitled to an amount of punitive damages, based upon Defendants' conduct, to be determined by this Court at a future date.

**IT IS HEREBY ORDERED** that the Clerk is directed to enter default judgment in favor of Plaintiff, Teri Stuckey, and against Defendant, a limited liability company organized under the laws of the State of Delaware, for the total amount of One Hundred Nine Thousand Six Hundred Thirty-Six Dollars and Seventy-Five Cents ($109,636.75), plus courts costs and statutory interest from the date of judgment. There shall be no just cause for delay.

This Judgment shall have no preclusive effect on Defendant, Mitchell International, Inc., or any judgment sought to be obtained against, or collected from, Mitchell International, Inc.

**IT IS SO ORDERED.**

        /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**